JS-6

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LUCAS E. ROWE
California Bar Number 298697
Special Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-7177
    E-mail:  lucas.rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>16 MERCEDES-BENZ VEHICLES, ET AL.,<br><br>           Defendants. | No. CV 13-07877-GW(JCx)<br><br>**CONSENT JUDGMENT** |
| SYNERGY TRADING CORPORATION<br><br>           Claimant. | |

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff United States of America and claimant Synergy Trading Corporation ("Synergy"), as follows:

On March 7, 2014, plaintiff United States of America (hereafter, "plaintiff" or "government") filed an Amended Verified Complaint for Forfeiture (the "FAC") alleging that the defendants were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). Notice was given and published according to law. The defendants are:

    a. one 2013 Porsche Cayenne Turbo, Vehicle Identification Number WP1AC2A28DLA91738;

    b. one 2013 Porsche Cayenne Diesel, Vehicle Identification Number WP1AF2A28DLA28971;

    c. one 2013 Porsche Cayenne Turbo, Vehicle Identification Number WP1AC2A28DLA90430;

    d. one 2013 Porsche Panamera GTS, Vehicle Identification Number WP0AF2A72DL076219;

    e. one 2013 Porsche Panamera GTS, Vehicle Identification Number WP0AF2A76DL076398;

    f. one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DEXDA170599;

    g. one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE2DA170628;

    h. one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE2DA167812;

    i. one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE0DA170126;

        j.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE0DA175844;

        k.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE2DA161329;

        l.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE7DA159611;

        m.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE1DA158566;

        n.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE0DA188707;

        o.   one 2013 Mercedes Benz GL 350 BTC, Vehicle Identification Number 4JGDF2EEXDA170412;

        p.   one 2013 Mercedes Benz GL 350 BTC, Vehicle Identification Number 4JGDF2EE0DA164991;

        q.   one 2013 Mercedes Benz GL 350 BTC, Vehicle Identification Number 4JGDF2EE3DA204223;

        r.   one 2013 Mercedes Benz GL 350 BTC, Vehicle Identification Number 4JGDF2EE2DA170212;

        s.   one 2013 Mercedes Benz C 350 W, Vehicle Identification Number WDDGF5HB2DA774465;

        t.   one 2013 Mercedez Benz CLS 63 AMG, Vehicle Identification Number WDDLJ7EB7DA072137;

        u.   one 2013 Mercedez Benz C 63 AMG, Vehicle Identification Number WDDGF7HB5DA799937; and

        v.   one 2013 Porsche Cayenne GTS, Vehicle Identification Number WP1AD2A20DLA78124 (collectively, the "defendant vehicles").

Synergy timely filed a verified claim and answer to contest the forfeiture of the defendant vehicles, and asserted that it was an innocent owner of the defendant vehicles. No other claims or answers have been filed in this action, and the time for filing claims and answer has expired.

The government and Synergy have agreed to settle this action and have asked the Court to enter this Consent Judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties,

HEREBY ORDERS, ADJUDGES, AND DECREES THAT:

1.  This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3.  Notice of this action has been given and published as required by law.

4.   The United States shall return the following defendant vehicles to Synergy according to paragraph 6 below:

    a.   one 2013 Porsche Cayenne Turbo, Vehicle Identification Number WP1AC2A28DLA91738;

    b.   one 2013 Porsche Panamera GTS, Vehicle Identification Number WP0AF2A72DL076219;

    c.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DEXDA170599;

          d.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE2DA170628;

          e.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE2DA161329;

          f.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE7DA159611; and

          g.   one 2013 Mercedes Benz GL 550, Vehicle Identification Number 4JGDF7DE1DA158566 (collectively, the "released vehicles").

5.   The remaining defendant vehicles (that is, all of the defendant vehicles other than those described in paragraph 4 above) are forfeited to the United States and no other right, title or interest shall exist therein.  The forfeited assets shall be disposed of according to law.

6.   Within fourteen days of the entry of this Consent Judgment, the United States Secret Service shall make the property identified in paragraph 4 available to Synergy, or its designee, at the storage facility where the property is stored, which is located within the Central District of California. Synergy or its representative shall provide photo identification, and shall sign the disposition order and Form 6051 as required by the Secret Service prior to, or concurrently with, the release of the property.  Synergy shall not be responsible for any storage or other costs related to the released vehicles.  The costs related to the remaining defendant vehicles shall be borne by the government.  To the extent that the title documents for the released vehicles are in the possession or control of the Secret Service, the Secret Service

shall release said title documents to Synergy or its designee concurrently with the release of the released vehicles.

7. The Court finds the claimant did not substantially prevail in this action within the meaning of 28 U.S.C. § 2465, and each of the parties hereto shall bear its own attorneys' fees and costs. This judgment shall constitute a certificate of reasonable cause within the meaning of 28 U.S.C. § 2465(a)(2).

8. There being no just reason for delay, the clerk is hereby directed to enter this consent judgment, which constitutes a final judgment resolving this action as to all of the parties hereto, and all other potential claimants.

9. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

**IT IS SO ORDERED.**

DATED: December 8, 2014      _____
                              THE HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above judgment and waive any right of appeal of this judgment.

This consent judgment may be signed in counterparts and shall be construed as a single document.

DATED: _December 3, 2014_____    STEPHANIE YONEKURA
                                 Acting United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 __/s/ Lucas. E. Rowe_____
                                 LUCAS E. ROWE
                                 Special Assistant United States
                                 Attorney


DATED: _December 3, 2014___      BUEHLER & KASSABIAN, LLP



                                 __/s/ Mark Kassabain_____
                                 MARK KASSABIAN, ESQ.
                                 Attorney for Claimant
                                 SYNERGY TRADING CORPORATION

9